No. 95-3532

Timothy H. Joeckel; Dawn L.          *
Joeckel; Kenneth E. Thorne;          *
Linda Secora; Frank Secore;          *
Roy Nuttleman; Cecilia               *
Nuttleman; Reynold J. Spulak;        *
Gordon D. Whitten; Barbara A.        *
Whitten; Marvin Eugene Simon;        *
Frank Dahlstrom; Earle C.        *
Baillie; Steve Tolstedt; Don         *
Offenbacker; Marilyn A.              *
Offenbacker; Leslie Cornwell;    *
Cleve W. Stutzman; Arlene M.         *
Stutzman; Edwin L. Johnson;          *
Maxine M. Johnson; Laverne H.        *
Meints; Chris L. Meints;         *
James A. Davis, Jr.; Joan B.         *
David; Lloyd Francis; Kenneth        *
E. Schroeder; Norma L.               *     Appeal from the United States
Schroeder; James L. Gustafson;*    District Court for the
Janis A. Gustafson; Edward J.        *     District of Nebraska.
Axmann; Donna J. Axmann;         *
Wilfred Wagher; Charlie              *          [UNPUBLISHED]
Crofutt; Denise Crofutt; Ray         *
E. Muhlbach; Louise M. Miller; *
Dale L. Mattley; Erlyn M.        *
Mattley; Dorothy Bredthauer;         *
Ted Daggett; Mona Daggett;           *
Robert J. Jones; Robert E.       *
Spurgeon; Barbara M. Spurgeon; *
Andrew M. Jaskiewicz; Larry S. *
Riederer; Orlan Meske; Ladonna *
Meske; Jeanne M. Thorne;         *
William J. Fritz; Craig R.       *
Ditzen,                              *
                                     *
          Appellants,                *
                                     *
     v.                              *
                                     *
Internal Revenue Service,        *
Collector; John Does, 1              *
through 10,                          *
                                     *
          Appellees.            *

—————————

Submitted:  July 1, 1996

Filed:  July 5, 1996
—————————

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
—————————

PER CURIAM.


Appellants are a group of Nebraska citizens who claim that they are neither citizens nor residents of the United States and are thus not required to pay federal income taxes, and assert that defendants have wrongfully refused to recognize their status.  The district court[1] dismissed their action for lack of subject matter jurisdiction.  We conclude the judgment of the district court was correct and that an opinion would lack precedential value.  See 8th Cir. R. 47B.


Accordingly we affirm the district court's judgment.[2]


A true copy.


    Attest:


        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

——————————

[1]The Honorable Warren K. Urbom, United States District Judge for the District of Nebraska.

[2]Appellants' motion to amend the caption is denied. Appellees' motion for sanctions is also denied.